IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:12-CR-91 |
| : | |
| v.    : | (Chief Judge Conner) |
| : | |
| **ZENAIDA ARROYO**     : | |

## **ORDER**

AND NOW, this 4th day of January, 2016, upon consideration of the *pro se* letter (Doc. 1321) filed by defendant Zenaida Arroyo ("Arroyo") on December 30, 2015, seeking modification of the sentence imposed by the court on April 21, 2015, (see Doc. 1230), and specifically requesting that the court reduce the imposed term of imprisonment or convert part of the sentence to a term of home confinement, (see Doc. 1321), wherein Arroyo identifies compliance with financial obligations, strengthening her faith, and the needs of her children and grandchildren as the bases for modification, and the court noting that Arroyo fails to cite legal authority in support of her request for relief, (see id.), but observing that the motion does not take the form required by the Local Rules to be construed as a request to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, see LOCAL RULE OF COURT 83.32.1; R. GOVERNING § 2255 CASES R. 2(c), and further observing that courts are limited in their ability to reduce, convert, or modify a sentence once imposed, and are authorized statutorily to do so only in narrow circumstances, see, e.g., 18 U.S.C. § 3582(c), § 3742(f)-(g); FED. R. CRIM. P. 35(a)-(b); see also 18 U.S.C. § 3582(b), and that, other than broadly requesting a reduction or conversion of her sentence of

imprisonment, Arroyo identifies neither circumstances nor authority supporting a reduction, it is hereby ORDERED that Arroyo's request (Doc. 1321) to modify the sentence imposed on April 21, 2015 is DENIED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania